### Criminal Complaint Affidavit for Pablo MONDONO-SANTIAGO

Your Affiant, Special Agent Robert Rice, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

### Introduction

1. I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

2. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed from May 2008 until May 2019 and from September of 2025 to the present. I am presently assigned to the Lexington, Kentucky field office. My duties include the investigation of various violations of federal criminal laws including those offenses enumerated in Title 8, United States Code. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Your affiant has not included each and every fact that has been revealed through the course of this investigation. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

## Results of Investigation

5. On December 10, 2025, while conducting an investigation in the Fayette County, Kentucky, area, ICE Deportation Officer Coleton McNutt encountered Pablo MONDONO-SANTIAGO at the Fayette County Detention Center after he was arrested by the Lexington Police Department for rape first degree of a person under 12 years old. DO McNutt lodged an ICE Detainer on MONDONO-SANTIAGO pending prosecution for illegal reentry of a deported alien.

6. MONDONO-SANTIAGO's fingerprints were taken at the time of his arrest when he was booked into the Fayette County Detention Center. MONDONO-SANTIAGO's biographical information and fingerprints were electronically submitted to the Department of Justice, National Crime Information Center/ Next Generation Identification System and Department of Homeland Security/ICE databases. These systems, again, biometrically confirmed MONDONO-SANTIAGO to be previously removed Mexican citizen Pablo MONDONO-SANTIAGO, the subject of Alien Registration Number A077 004 356 and FBI/Universal Control Number 240664AC0.

7. MONDONO-SANTIAGO's criminal history includes 2003 convictions for Criminal Possession of a Forged Instrument Second Degree and Wanton Endangerment Second Degree. MONDONO-SANTIAGO was also convicted of being an Illegal Alien in Possession of a Firearm on November 14, 2003, in violation of 18 U.S.C. § 922(g)(5)(A).

8. Further review of ICE and HSI immigration databases revealed information related to MONDONO-SANTIAGO's immigration history. MONDONO-SANTIAGO was ordered removed to Mexico by a Designated Official on November 29, 2004. MONDONO-SANTIAGO was removed to Mexico on December 7, 2004.

9. There is no evidence of an application for admission into the United States for MONDONO-SANTIAGO following his last removal. A review of HSI's electronic immigration records revealed no application for permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his previous deportation.

10. Based on the above information, I believe there is probable cause supporting the conclusion that MONDONO-SANTIAGO is an alien who has been found in the United States in Fayette County, in the Eastern District of Kentucky, after having been previously removed or deported from the United States in violation of Title 8 of the United States Code, § 1326(a) and (b)(2).

*s/ Robert Rice*_____
Robert Rice, Special Agent
Homeland Security Investigations
Lexington, Kentucky

Transmitted by email and attested to by telephone on this  27  day of January 2026.

_____
MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE